UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT L. DORCHESTER,
Plaintiff,

v.

CYNTHIA ROJOS, et al.,
Defendants.

Case No. 26-cv-03785-TLT

**ORDER OF DISMISSAL**

Plaintiff's complaint was filed on April 30, 2026. Dkt. No. 1. The same day, the Clerk informed plaintiff that his action was deficient because he did not file an *in forma pauperis* application or pay the filing fee. Dkt. No. 2. The notice stated that failure to respond within 28 days would result in dismissal of the action. *Id.* The 28 days have passed, and plaintiff has not submitted the correct form nor paid the fee.

The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must be accompanied by either payment of the full filing fee or a completed IFP application.

**IT IS SO ORDERED.**

Dated: September 1, 2026

TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California